AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>JAMES TIMOTHY NORMAN<br><br>*Defendant(s)* | Case No. 4:20 MJ 187 DDN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 14, 2016** in the county of **City of St. Louis** in the **Eastern** District of **Missouri**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1958 | CT. 1 - Conspiracy to Use Interstate Commerce Facilities in Commission of Murder-for-Hire, resulting in death |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Faber, Special Agent, FBI
*Printed name and title*

Sworn, to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 08/11/2020

/s/ David D. Noce
*Judge's signature*

City and state: St. Louis, Missouri

Honorable David D. Noce, U.S. Magistrate Judge
*Printed name and title*